# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| **ROTATABLE TECHNOLOGIES LLC,** <br><br> Plaintiff, <br><br> v. <br><br> **APPLE, INC.,** *et al.*, <br><br> Defendants. | **CIVIL ACTION NO. 2:12-CV-292** <br><br> **JURY TRIAL DEMANDED** |

## STIPULATION OF DISMISSAL OF WHOLE FOODS MARKET, INC.

Plaintiff Rotatable Technologies LLC ("Rotatable") and Defendant Whole Foods Market, Inc. ("Whole Foods") file this Stipulated Dismissal under Fed. R. Civ. P. 41(a)(1)(A)(ii). Rotatable and Whole Foods stipulate that:

1. Rotatable consents to dismissal with prejudice of all its claims against Whole Foods in this suit.

2. Rotatable and Whole Foods shall each bear their own attorney fees and costs incurred in connection with this action.

3. This Court retains jurisdiction over the parties and the settlement agreement for purposes of resolving any disputes that may arise under it.

Dated: August 17, 2012                                  Respectfully submitted,

| | |
|---|---|
| */s/ Stevenson Moore* | */s/ Alan D. Albright* |
| Hao Ni | Alan D. Albright |
| Texas Bar No. 24047205 | Attorney-in-Charge |
| hni@nilawfirm.com | alan.albright@bgllp.com |
| Timothy T. Wang | Texas Bar No. 00973650 |
| Texas Bar No. 24067927 | Bracewell & Giuliani LLP |
| twang@nilawfirm.com | 111 Congress Ave., Suite 2300 |
| Stevenson Moore V | Austin, TX 78701 |
| Texas Bar No. 24076573 | Tel: 512-472-7800 |
| smoore@nilawfirm.com | Fax: 800-404-3970 |
| | |
| **Ni Law Firm, PLLC** | John H. Barr, Jr. |
| 8140 Walnut Hill, Ste. 310 | john.barr@bgllp.com |
| Dallas, TX 75231 | Texas Bar No. 00783605 |
| Telephone: 972.331.4600 | John A. Yates |
| Fax: 972.314.0900 | jay.yates@bgllp.com |
| | Texas Bar No. 24056569 |
| | Bracewell & Giuliani LLP |
| **ATTORNEYS FOR PLAINTIFF ROTATABLE TECHNOLOGIES, LLC** | 711 Louisiana, Suite 2300 |
| | Houston, Texas 77002 |
| | Tel: 713-223-2300 |
| | Fax: 800-404-3970 |
| | |
| | John H. Hempfling II |
| | john.hempfling@wholefoods.com |
| | Texas Bar No. 24029609 |
| | Whole Foods Market, Inc. |
| | 550 Bowie Street |
| | Austin, TX  78703 |
| | (512) 542-3768 |
| | (512) 499-6768 (Fax) |
| | |
| | **ATTORNEYS FOR DEFENDANT WHOLE FOODS MARKET, INC.** |

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile, and/or first class mail on this 17th day of August, 2012.

                                        \s\    *Stevenson Moore*
                                        Stevenson Moore